UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC H.E. GRAVES, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-01312 (UNA) |
| ) | |
| STATE OF OREGON EMPLOYMENT ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under these statutes, federal jurisdiction is available when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. Here, plaintiff alleges that the State of Oregon has not paid him unemployment benefits.

Notwithstanding plaintiff's conclusory assertions of discrimination based on his race, gender and religion, *see* Compl. at 3-4, the complaint presents no federal question. Nor does the complaint allege diversity jurisdiction, as the parties all are citizens of the same state. Because the complaint establishes no basis for this Court's jurisdiction, the complaint and this civil action will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: June 8, 2020                                /s/
                                                      EMMET G. SULLIVAN
                                                     United States District Judge